COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-333-CV

IN THE INTEREST OF C.B., C.B., 

AND C.B., MINOR CHILDREN 

------------

FROM THE 325TH DISTRICT COURT OF TARRANT COUNTY

------------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT
 

------------

We have considered appellant’s request to “remove this case from [our] docket and vacate the appeal.”  It is the court’s opinion that appellant’s request should be granted; therefore, we dismiss the appeal.  
See
 Tex. R. App. P. 42.1(a)(1), 43.2(f).  

Appellant shall pay all costs of this appeal, for which let execution issue.  
See
 Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  MCCOY, LIVINGSTON, and MEIER, JJ.

DELIVERED:  January 14, 2010

FOOTNOTES
1:
See
 Tex. R. App. P. 47.4.